Majid KHOSHGHAD, Petitioner–
Appellant,

v.

Janet RENO, Attorney General; Doris
Meissner, Commissioner of the Immi-
gration & Naturalization Service;
Nancy Hook, Officer in Charge for
Oakdale, Louisiana, Subdivision Of-
fice in the Immigration & Naturaliza-
tion Service, Respondents–Appellees.

No. 00–7548.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 20, 2001.

Majid Khoshaghad, pro se.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

PER CURIAM.

Majid Khoshghad appeals the district
court's order dismissing his petition under
28 U.S.C. § 2241 (1994). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we affirm on the reasoning of

the district court. *See Khoshghad v. Reno*, No. CA–00–729–7 (W.D.Va. Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*